1  LAURIE A. TRAKTMAN (SBN 165588)                    JS-6
   email: lat@gslaw.org
2  **GILBERT & SACKMAN**
   **A Law Corporation**
3  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010
4  Telephone: (323) 938-3000
   Facsimile: (323) 937-3139
5
   Attorneys for Plaintiffs
6
                    UNITED STATES DISTRICT COURT
7
                    CENTRAL DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL INDUSTRY LABOR MANAGEMENT COOPERATION TRUST; BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES,<br><br>    Plaintiffs,<br><br>        v.<br><br>ACTION SHEET METAL, INC.; LORA DEAN DOLCE; PAT A. DOLCE; and LAREE DINA DOLCE, Individuals,<br><br>    Defendants. | Case No. 2:15-cv-4365-RGK-AGR<br><br>Hon. R. Gary Klausner<br><br>ORDER ON STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California Sheet Metal Industry Labor Management Cooperation Trust ("LMCT"); and Board of Trustees of the Sheet Metal Industry Fund of Los Angeles ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and LORA DEAN DOLCE, PAT A. DOLCE, and DINA LAREE DOLCE (incorrectly named as "Laree Dina Dolce") (collectively the "Individual Defendants"); and ACTION SHEET METAL, INC. ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.  That the Company and Individual Defendants are indebted to the Plans in the total amount of $209,783.79 as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) in the amount of $83,721.18 for the delinquent work months of February 2015 through April 2015; $77,375.07 in liquidated damages for late payment or nonpayment of contributions for the work months of November 2013, June through August 2014, October 2014 through December 2014, and January 2015 through April 2015; $38,687.54 in interest for late payment or nonpayment of contributions for the work months of November 2013, June through August 2014, October 2014 through December 2014, and January 2015 through April

2015; and attorney's fees in the amount of $10,000.00.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $209,783.79 for delinquent employee benefit plan contributions, audit contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Court retains jurisdiction over this matter through September 1, 2016 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: ___6/30/15_____     _____
                                                             Hon. R. Gary Klausner